**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DAVID BERNHARDT, in his official capacity )<br>as Secretary of the U.S. Department of Interior; )<br>AURELIA SKIPWITH, in her official capacity )<br>as Director of the U.S. Fish and Wildlife )<br>Service; GLEN KNOWLES, in his official )<br>capacity as Field Supervisor of the Southern )<br>Nevada Fish and Wildlife Office; U.S. FISH )<br>AND WILDLIFE SERVICE; WILLIAM )<br>DUNKELBERGER, in his official capacity as )<br>Humboldt-Toiyabe National Forest Supervisor; )<br>and U.S. FOREST SERVICE, )<br>)<br>)<br>Defendants. )<br>_____ ) | No. 2:20-cv-02131-JAD-DJA<br><br>**ORDER GRANTING MOTION**<br>**FOR APPEARANCE OF**<br>**GOVERNMENT ATTORNEY**<br><br>[ECF No. 9] |

Pursuant to the District of Nevada Local Rule IA 11-3, petitioner, Paul Gerald Freeborne, respectfully represents to the Court that he is a government attorney in the Environment and Natural Resources Division of the United States Department of Justice. Mr. Freeborne is a member in good standing of the bar of the highest Court of the Commonwealth of Virginia (Bar No. 33024). Mr. Freeborne respectfully moves to appear as counsel for Federal Defendants in the above-captioned action. His contact information is as follows:

> PAUL G. FREEBORNE
> Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> Trial Attorney
> PO Box 7611
> Washington, DC 20044-7611
> Tel: (202) 532-5271;  Fax: (202) 305-0506
> paul.freeborne@usdoj.gov

DATED: 5th day of January, 2021.

                                            Respectfully submitted,

PAUL E. SALAMANCA
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Paul G. Freeborne*
Paul G. Freeborne
Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Trial Attorney
PO Box 7611
Washington, DC 20044-7611
Tel: (202) 532-5271
Fax: (202) 305-0506
paul.freeborne@usdoj.gov

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 7, 2021

3