**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

CENTER FOR BIOLOGICAL DIVERSITY, )
)
         Plaintiff, )
v. )
) No. 2:20-cv-02131-JAD-DJA
DAVID BERNHARDT, in his official capacity )
as Secretary of the U.S. Department of Interior; ) **ORDER GRANTING MOTION**
AURELIA SKIPWITH, in her official capacity ) **FOR APPEARANCE OF**
as Director of the U.S. Fish and Wildlife ) **GOVERNMENT ATTORNEY**
Service; GLEN KNOWLES, in his official )
capacity as Field Supervisor of the Southern )
Nevada Fish and Wildlife Office; U.S. FISH ) [ECF No. 10]
AND WILDLIFE SERVICE; WILLIAM )
DUNKELBERGER, in his official capacity as )
Humboldt-Toiyabe National Forest Supervisor; )
and U.S. FOREST SERVICE, )
)
)
         Defendants. )
)

      Pursuant to the District of Nevada Local Rule IA 11-3, petitioner, Taylor Anne Mayhall, respectfully represents to the Court that she is a government attorney of the United States Department of Justice at the Environment and Natural Resources Division. Ms. Mayhall is a member in good standing of the bar of the highest Court of the State of Minnesota (Bar No. 0400172). Ms. Mayhall respectfully moves to appear as counsel for Federal Defendants in the above-captioned action. Her contact information is as follows:

        TAYLOR A. MAYHALL, Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Wildlife and Marine Resources Section
        P. O. Box 7611
        Washington, D.C. 20044
        Tel.: (202) 598-3796

Email: taylor.mayhall@usdoj.gov

DATED 5th day of January, 2021.

          Respectfully submitted,

          JEAN E. WILLIAMS
          Deputy Assistant Attorney General

          */s/ Taylor A. Mayhall*
          Taylor A. Mayhall, Trial Attorney
          MN Bar No. 0400172
          Environment & Natural Resources Division
          Wildlife & Marine Resources Section
          P.O. Box 7611
          Washington, D.C. 20044
          Tel. (202) 598-3796
          taylor.mayhall@usdoj.gov

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 7, 2021