CHRISTOPHER W. MIXSON, ESQ.
NV SBN 10685
Kemp Jones LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, NV 89169
Phone: (702) 385-6000
Email: c.mixson@kempjones.com

RYAN A. SHANNON, ESQ.
OR. SBN 155537, *pro hac vice*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: (503) 283-5474 ext. 407
Email: rshannon@biologicaldiversity.org

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA HAALAND, et al.,<br><br>Defendants,<br><br>and<br><br>LEE CANYON SKI LIFTS, INC.,<br><br>[Proposed] Defendant-<br>Intervenor. | Case No.  2:20-cv-02131-RFB-DJA<br><br>**FIRST STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF THE BRIEFING SCHEDULE** |

Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, Plaintiff CENTER FOR BIOLOGICAL

DIVERSITY, by and through its attorneys, and Federal Defendants DEBRA HAALAND, in her

official capacity as Secretary of the U.S. Department of the Interior, MARTHA WILLIAMS, in

1

her official capacity as Principal Deputy Director of the U.S. Fish and Wildlife Service, GLEN

KNOWLES, in his official capacity as Field Supervisor of the Southern Nevada Fish and

Wildlife Office; U.S. FISH AND WILDLIFE SERVICE; WILLIAM DUNKELBERGER, in his

official capacity as Humboldt-Toiyabe National Forest Supervisor; and U.S. FOREST SERVICE

(collectively "Federal Defendants"), by and through their attorneys, hereby stipulate to an

extension of the briefing schedule. Plaintiff's motion for summary judgment is currently due on

June 25, 2021.[1] *See* ECF 26, ¶ 4. This is the first stipulation for an extension of time for the

briefing schedule.

The parties propose the following briefing schedule in place of the current one:

1. Deadline for Plaintiff to file its motion for summary judgment, which will be limited to 45 pages: July 23, 2021

2. Deadline for Federal Defendants to file their response to Plaintiff's motion, and any cross-motion for summary judgment, which brief will be limited to 40 pages: August 20, 2021

3. Deadline for [proposed] Defendant-Intervenor to file its response to Plaintiff's motion, any cross-motion for summary judgment, which brief will be limited to 30 pages: September 10, 2021

4. Deadline for Plaintiff to file its combined response and reply, which brief will be limited to 40 pages: October 8, 2021

5. Deadline for Federal Defendants to file any reply, which brief will be limited to 25 pages: November 5, 2021

---

[1] Although this Court has not yet ruled on proposed Defendant-Intervenors' motion to intervene as of the filing of this stipulation, the parties' attorneys conferred with Defendant-Intervenors' counsel and they had no objection to this proposed schedule.

6. Deadline for [proposed] Defendant Intervenor to file any reply, which brief will be limited to 20 pages: November 19, 2021.

This stipulation is warranted given the complexity of the issues that will be addressed in the motion for summary judgment, upcoming travel necessary for the pursuit of a potential settlement of this matter, previously planned travel of one of Plaintiff's attorneys to attend a wedding, and due to the Fourth of July holiday.

Dated: June 15, 2021                    Respectfully submitted,

                                        *s/ Ryan Adair Shannon*
                                        Ryan Adair Shannon
                                        *Pro Hac Vice*
                                        Center for Biological Diversity
                                        P.O. Box 11374
                                        Portland, OR 97211
                                        Telephone: (503) 283-5474
                                        E-mail: rshannon@biologicaldiversity.org

                                        *Attorney for the Center for Biological Diversity*

                                        JEAN E. WILLIAMS
                                        Deputy Assistant Attorney General

                                        */s/ Taylor A. Mayhall*
                                        Taylor A. Mayhall, Trial Attorney
                                        MN Bar No. 0400172
                                        Environment & Natural Resources Division
                                        Wildlife & Marine Resources Section
                                        P.O. Box 7611
                                        Washington, D.C. 20044
                                        Tel. (202) 598-3796
                                        taylor.mayhall@usdoj.gov

                                        */s/ Paul G. Freeborne*
                                        PAUL G. FREEBORNE, Trial Attorney
                                        VA Bar No. 33024
                                        Natural Resources Section
                                        P.O. Box 7611
                                        Washington, D.C. 20044
                                        Tel: (202) 532-5271

1

paul.freeborne@usdoj.gov

2

BRIDGET K. MCNEIL, Senior Trial Attorney
CO Bar No. 34299

3

Wildlife and Marine Resources Section

4

999 18th St., South Terrace, Suite 370
Denver, CO 80202

5

Tel: (303) 844-1484
bridget.mcneil@usdoj.gov

6

7

*Attorneys for Federal Defendants*

8

9

**IT IS SO ORDERED.**

10

DATED:  June 15, 2021.

11

RICHARD F. BOULWARE, II
**United States District Court**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed the foregoing **FIRST STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF THE BRIEFING SCHEDULE** with the Clerk of the Court using the CM/ECF system, which will send notification of such upon all attorneys of record.

Dated: June 15, 2021

*/s/ Ryan Adair Shannon*
Ryan Adair Shannon