CHRISTOPHER W. MIXSON, ESQ. (SBN 10685)
KEMP JONES LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, NV 89169
Phone: (702) 385-6000
c.mixson@kempjones.com

SCOTT LAKE (SBN 15765)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
slake@biologicaldiversity.org

RYAN A. SHANNON (SBO 155537) (admitted *Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Phone: (503) 283-5474 ext. 407
rshannon@biologicaldiversity.org

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>DEBRA HAALAND et al.,<br><br>    Defendants,<br><br>and<br><br>LEE CANYON SKI LIFTS, INC.,<br><br>    [Proposed] Defendant-Intervenor | Case No. 2:20-cv-02131-RFB-DJA<br><br>**SECOND STIPULATION AND ORDER FOR EXTENSION OF THE BRIEFING SCHEDULE** |

Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, Plaintiff CENTER FOR BIOLOGICAL

DIVERSITY, by and through its attorneys, and Federal Defendants DEBRA HAALAND, in her

official capacity as Secretary of the U.S. Department of the Interior, MARTHA WILLIAMS, in her

1

official capacity as Principal Deputy Director of the U.S. Fish and Wildlife Service, GLEN KNOWLES, in his official capacity as Field Supervisor of the Southern Nevada Fish and Wildlife Office; U.S. FISH AND WILDLIFE SERVICE; WILLIAM DUNKELBERGER, in his official capacity as Humboldt-Toiyabe National Forest Supervisor; and U.S. FOREST SERVICE (collectively "Federal Defendants"), by and through their attorneys, hereby stipulate to an extension of the briefing schedule. Plaintiff's motion for summary judgment is currently due on July 23, 2021.[1] *See* ECF 26, ¶ 4; ECF 31 at 1-2. This is the second stipulation for an extension of time for the briefing schedule.

The parties propose the following briefing schedule in place of the current one:

1. Deadline for Plaintiff to file its motion for summary judgment, which will be limited to 45 pages: August 20, 2021

2. Deadline for Federal Defendants to file their response to Plaintiff's motion, and any cross-motion for summary judgment, which brief will be limited to 40 pages: September 17, 2021

3. Deadline for [proposed] Defendant-Intervenor to file its response to Plaintiff's motion, and any cross-motion for summary judgment, which brief will be limited to 30 pages: October 8, 2021

4. Deadline for Plaintiff to file its combined response and reply, which brief will be limited to 40 pages: November 5, 2021

5. Deadline for Federal Defendants to file any reply, which brief will be limited to 25 pages: December 8, 2021

---

[1] Although this Court has not yet ruled on proposed Defendant-Intervenors' motion to intervene as of the filing of this stipulation, the parties' attorneys conferred with Defendant-Intervenors' counsel, and they had no objection to this proposed schedule.

6. Deadline for [proposed] Defendant Intervenor to file any reply, which brief will be limited to 20 pages: December 22, 2021

This stipulation is warranted because settlement discussions between the parties are continuing. The parties would like to bring this matter to conclusion without further litigation, if possible, and believe that more productive settlement discussions would be facilitated by an extension of the current briefing schedule.

Dated: July 15, 2021					Respectfully submitted,

*/s/ Scott Lake*
Scott Lake
Nevada Bar No. 15765
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

Counsel for the Center for Biological Diversity

JEAN E. WILLIAMS
Deputy Assistant Attorney General

*/s/ Taylor A. Mayhall*
Taylor A. Mayhall, Trial Attorney
MN Bar No. 0400172
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel. (202) 598-3796
taylor.mayhall@usdoj.gov

*/s/ Bridget K. McNeil*
BRIDGET K. MCNEIL, Senior Trial Attorney
CO Bar No. 34299
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202

Tel: (303) 844-1484
bridget.mcneil@usdoj.gov

PAUL G. FREEBORNE, Trial Attorney
VA Bar No. 33024
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-5271
paul.freeborne@usdoj.gov

*Attorneys for Federal Defendants*

**IT IS SO ORDERED.**

DATED: July 16, 2021

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed the foregoing SECOND STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF THE BRIEFING SCHEDULE with the Clerk of the Court using the CM/ECF system, which will send notification of such upon all attorneys of record.

Dated this 15th day of July, 2021.

*/s/ Scott Lake*
Scott Lake