CHRISTOPHER W. MIXSON, ESQ. (SBN 10685)
KEMP JONES LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, NV 89169
Phone: (702) 385-6000
c.mixson@kempjones.com

SCOTT LAKE (SBN 15765)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
slake@biologicaldiversity.org

RYAN A. SHANNON (SBO 155537) (admitted *Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Phone: (503) 283-5474 ext. 407
rshannon@biologicaldiversity.org

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>DEBRA HAALAND et al.,<br><br>    Defendants,<br><br>and<br><br>LEE CANYON SKI LIFTS, INC.,<br><br>    Defendant-Intervenor | Case No. 2:20-cv-02131-RFB-DJA<br><br><br>**FOURTH STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF THE BRIEFING SCHEDULE** |

Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, Plaintiff CENTER FOR BIOLOGICAL

DIVERSITY, by and through its attorneys; and Federal Defendants DEBRA HAALAND, in her

official capacity as Secretary of rhe U.S. Department of the Interior, MARTHA WILLIAMS, in her

1

official capacity as Principal Deputy Director of the U.S. Fish and Wildlife Service, GLEN

KNOWLES, in his official capacity as Field Supervisor of the Southern Nevada Fish and Wildlife

Office; U.S. FISH AND WILDLIFE SERVICE; WILLIAM DUNKELBERGER, in his official

capacity as Humboldt-Toiyabe National Forest Supervisor, and the U.S. FOREST SERVICE

(collectively "Federal Defendants"), by and through their attorneys; and Defendant-Intervenor LEE

CANYON SKI LIFTS, INC., by and through its attorneys, hereby stipulate to an extension of the

briefing schedule. Plaintiff's motion for summary judgment is currently due on October 19, 2021.

*See* ECF 37 at 1-2. This is the fourth stipulation for an extension of time for the briefing schedule.

The parties propose the following briefing schedule in place of the current one:

1. Deadline for Plaintiff to file its motion for summary judgment, which will be limited to 45
   pages: December 14, 2021

2. Deadline for Federal Defendants to file their response to Plaintiff's motion, and any cross-
   motion for summary judgment, which brief will be limited to 40 pages: January 11, 2022

3. Deadline for Defendant-Intervenor to file its response to Plaintiff's motion, and any cross-
   motion for summary judgment, which brief will be limited to 30 pages: February 1, 2022

4. Deadline for Plaintiff to file its combined response and reply, which brief will be limited to
   40 pages: March 1, 2022

5. Deadline for Federal Defendants to file any reply, which brief will be limited to 25 pages:
   April 4, 2022

6. Deadline for Defendant Intervenor to file any reply, which brief will be limited to 20 pages:
   April 18, 2022

This stipulation is warranted because settlement discussions between the parties are

continuing. The parties would like to bring this matter to conclusion without further litigation, if

possible, and believe that more productive settlement discussions would be facilitated by an

extension of the current briefing schedule. The parties acknowledge that this is the fourth stipulated

request for an extension of the briefing schedule. However, the parties represent that they continue to

work together in good faith to find a mutually acceptable resolution in the most timely fashion

practicable.

Dated: October 18, 2021                         Respectfully submitted,

                                                */s/ Scott Lake*
                                                Scott Lake
                                                Nevada Bar No. 15765
                                                Center for Biological Diversity
                                                P.O. Box 6205
                                                Reno, NV 89513
                                                (802) 299-7495
                                                slake@biologicaldiversity.org


                                                *Counsel for the Center for Biological Diversity*

                                                TODD KIM
                                                Assistant Attorney General

                                                */s/ Taylor A. Mayhall*
                                                Taylor A. Mayhall, Trial Attorney
                                                MN Bar No. 0400172
                                                Environment & Natural Resources Division
                                                Wildlife & Marine Resources Section
                                                P.O. Box 7611
                                                Washington, D.C. 20044
                                                Tel. (202) 598-3796
                                                taylor.mayhall@usdoj.gov

                                                PAUL G. FREEBORNE, Trial Attorney
                                                VA Bar No. 33024
                                                Natural Resources Section
                                                P.O. Box 7611
                                                Washington, D.C. 20044
                                                Tel: (202) 532-5271
                                                paul.freeborne@usdoj.gov

                                                BRIDGET K. MCNEIL, Senior Trial Attorney
                                                CO Bar No. 34299

1    Wildlife and Marine Resources Section
     999 18th St., South Terrace, Suite 370
2    Denver, CO 80202
     Tel: (303) 844-1484
3    bridget.mcneil@usdoj.gov

4    *Attorneys for Federal Defendants*

5
     /s/ Amy F. Sorenson
6    AMY F. SORENSON
     Snell & Wilmer, LLP
7    3883 Howard Hughes Parkway
     Suite 1100
8    Las Vegas, NV 89169
     Tel: 801-257-1907
9    Fax: 801-257-1800
     Email: asorenson@swlaw.com
10

11
12   KELLY H. DOVE
     Snell & Wilmer LLP
13   3883 Howard Hughes Parkway
     Las Vegas, NV 89169
14   (702) 784-5200
     Fax: (702) 784-5252
15   Email: kdove@swlaw.com
16

17   *Attorneys for Defendant-Intervenor*
18

19   **IT IS SO ORDERED.**

20   DATED:  October 18, 2021.

21
     _____
22   RICHARD E. BOULWARE, II
     **United States District Court**
23

24

25

26

27

28

4

**CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed the foregoing FOURTH STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF THE BRIEFING SCHEDULE with the Clerk of the Court using the CM/ECF system, which will send notification of such upon all attorneys of record.

Dated this 18th day of October, 2021.

*/s/ Scott Lake*
Scott Lake