CHRISTOPHER W. MIXSON, ESQ. (SBN 10685)
KEMP JONES LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, NV 89169
Phone: (702) 385-6000
c.mixson@kempjones.com

SCOTT LAKE (SBN 15765)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
slake@biologicaldiversity.org

RYAN A. SHANNON (SBO 155537) (admitted *Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Phone: (503) 283-5474 ext. 407
rshannon@biologicaldiversity.org

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>DEBRA HAALAND et al.,<br><br>Defendants,<br><br>and<br><br>LEE CANYON SKI LIFTS, INC.,<br><br>Defendant-Intervenor | Case No. 2:20-cv-02131-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff CENTER FOR BIOLOGICAL DIVERSITY ("the Center"), by and through its attorneys, and Defendants DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior, MARTHA WILLIAMS, in her official capacity as Principal Deputy Director of the U.S. Fish and Wildlife Service, GLEN KNOWLES, in his official capacity as Field

Supervisor of the Southern Nevada Fish and Wildlife Office, U.S. FISH AND WILDLIFE SERVICE, WILLIAM DUNKELBERGER, in his official capacity as Humboldt-Toiyabe National Forest Supervisor, and the U.S. FOREST SERVICE (collectively "Federal Defendants"), by and through their attorneys, and Defendant-Intervenor LEE CANYON SKI LIFTS, INC. ("Lee Canyon", and together with the Center and the Federal Defendants, "the Parties") by and through its attorneys, hereby stipulate **to dismiss this action with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with the following background and reasons:

1. On November 19, 2020, the Center filed the above-captioned action against Federal Defendants. ECF No. 1.
2. On August 4, 2021, this Court granted Lee Canyon's unopposed motion to intervene in this action as a defendant. ECF No. 35.
3. The Center and Lee Canyon have executed a Settlement Agreement fully resolving any and all claims by each party to that agreement against the other. The Settlement Agreement is attached hereto as **Exhibit A** and incorporated by reference as to the Center and Lee Canyon. Pursuant to that Agreement, the Center agrees to voluntarily dismiss any and all claims against Lee Canyon and the Federal Defendants.

Accordingly, the Parties **HEREBY STIPULATE** that this action be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED: January 19, 2022

CENTER FOR BIOLOGICAL DIVERSITY

*/s/ Scott Lake*
Scott Lake, Esq.
Nevada Bar No. 15765
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity*

DATED: January 19, 2022

TODD KIM
Assistant Attorney General

*/s/ Taylor A. Mayhall*
Taylor A. Mayhall, Trial Attorney
MN Bar No. 0400172
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3796
taylor.mayhall@usdoj.gov

| | |
|---|---|
| DATED: January 19, 2022 | PAUL G. FREEBORNE, Trial Attorney |
| | VA Bar No. 33024 |
| SNELL & WILMER L.L.P. | Natural Resources Section |
| | P.O. Box 7611 |
| | Washington, D.C. 20044 |
| *Amy F. Sorenson* | (202) 532-5271 |
| Amy F. Sorenson, Esq. | paul.freeborne@usdoj.gov |
| NV Bar No. 12495 | |
| Kelly H. Dove, Esq. | BRIDGET K. MCNEIL, |
| NV Bar No. 10569 | Senior Trial Attorney |
| 3883 Howard Hughes Parkway | CO Bar No. 34299 |
| Las Vegas, NV 89169 | Wildlife and Marine Resources Section |
| (702) 784-5200 | 999 18th St., South Terrace, Suite 370 |
| asorenson@swlaw.com | Denver, CO 80202 |
| kdove@swlaw.com | (303) 844-1484 |
| | bridget.mcneil@usdoj.gov |
| *Attorneys for Defendant-Intervenor* | |
| *Lee Canyon Ski Lifts, Inc.* | *Attorneys for Federal Defendants* |

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 19th day of January, 2022.

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed the foregoing STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system, which will send notification of such upon all attorneys of record.

Dated this 19th day of January 2022.

> */s/ Ryan Adair Shannon*
> Ryan Adair Shannon